

RECEIVED
MAY 2 0 20
U.S. BANKRUPTCY COURT
DISTRICT OF UTAH

HARRIET E. STYLER (3150)
Attorney for Trustee
456 Flaming Gorge Pines
Dutch John, Utah 84023-9704
Telephone: (435) 889-5255

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

--ooOoo--

|  |  |
|---|---|
| In re | : |
| MANAGEMENT PLUS, INC., | : Bankruptcy No. 95-25175 JAB |
|  | : (Chapter 7) |
| Debtor. | : |

--ooOoo--

## TRUSTEE'S AMENDED REPORT UNDER BANKRUPTCY RULE 3011

Harriet E. Styler, the duly appointed, qualified, and acting trustee of the above-captioned bankruptcy estate, hereby submits the trustee's amended report under Rule 3011 of the Bankruptcy Rules of Procedure, and respectfully represents as follows:

1.  The funds in the estate were mailed to the following:

Check No. 005-F, payable to the Radiology Center, in the amount of $1,107.58, was mailed to the creditor's last known address in February 2001, and has not been negotiated. The trustee has instructed Community First National Bank to stop payment on the check.

Check No. 007-F, payable to first David Carrol, in the amount of $964.87, was mailed to the creditor's last known address in February 2001, and was returned not cashed.



9525175D80

Check No. 016-F, payable to Kimberly Haley, in the amount of
$784.20 was mailed to the creditor's last known address in February
2001, and has not been negotiated. The trustee has instructed Community
First National Bank to stop payment on the check.

Check No. 023-F, payable to Marilyn Hutchison, in the amount
of $454.18, was mailed to the creditor's last known address in February
2001, and has not been negotiated. The trustee has instructed Community
First National Bank to stop payment on the check.

2.      Check No. 011-F, payable to Tammy Grossaint, was issued in the amount

of $666.73. The check was negotiated; however, the amount paid on the check by

Community First National Bank was $666.23, resulting in a fifty-cent difference.

Thus, the balance in the account of $3,311.33 is comprised of the total of the checks

described in paragraph one, plus fifty cents.

3.      Attached to the original report was a bank statement, dated January 31,

2002, showing a balance of $3,311.33.

4.      Submitted with the original report was a check in the amount of

$3,311.33, made payable to the Clerk of the Court for the unclaimed funds registry.

DATED this 15th day of May, 2002.

HARRIET E. STYLER
Attorney for Trustee

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Trustee's Amended Report under Rule 3011 was mailed, postage fully prepaid, this 16th day of May, 2002, to:

Laurie A. Crandall
Assistant United States Trustee
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111-2709

HARRIET E. STYLER (3150)
Attorney for Trustee
456 Flaming Gorge Pines
Dutch John, Utah 84023-9704
 Telephone: (435) 889-5255

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

--ooOoo--

In re

MANAGEMENT PLUS, INC.,

Debtor.

Bankruptcy No. 95-25175 JAB
(Chapter 7)

--ooOoo--

**TRUSTEE'S REPORT UNDER BANKRUPTCY RULE 3011**

Harriet E. Styler, the duly appointed, qualified, and acting trustee of the above-

captioned bankruptcy estate, hereby submits the trustee's report under Rule 3011 of the

Bankruptcy Rules of Procedure, and respectfully represents as follows:

1.    The funds in the estate were mailed to the following:

Check No. 005-F, payable to the Radiology Center, in the amount
of $1,107.58, was mailed to the creditor's last known address in February
2001, and has not been negotiated. The trustee has instructed Community
First National Bank to stop payment on the check.

Check No. 007-F, payable to first David Carrol, in the amount of
$964.87, was mailed to the creditor's last known address in February
2001, and was returned not cashed.

Check No. 016-F, payable to Kimberly Haley, in the amount of $784.20 was mailed to the creditor's last known address in February 2001, and has not been negotiated. The trustee has instructed Community First National Bank to stop payment on the check.

Check No. 023-F, payable to Marilyn Hutchison, in the amount of $454.18, was mailed to the creditor's last known address in February 2001, and has not been negotiated. The trustee has instructed Community First National Bank to stop payment on the check.

Check No. 11-F, payable to Tammy Grossaint, was issued in the amount of $666.73. However, the amount paid on the check was $666.23, resulting in a fifty-cent difference.

2.    Attached to this report is a bank statement, dated January 31, 2002, showing a balance of $3,311.33.

3.    Submitted with the report is a check in the amount of $3,311.33, made payable to the Clerk of the Court for the unclaimed funds registry.

DATED this 9th day of May, 2002.

_____
HARRIET E. STYLER
Attorney for Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Trustee's Report under Rule 3011 was mailed, postage fully prepaid, this ___ day of May, 2002, to:

> Laurie A. Crandall
> Assistant United States Trustee
> Boston Building, Suite 100
> 9 Exchange Place
> Salt Lake City, Utah 84111-2709

_____

2

```
                                              027 03 01        PAGE:           1
COMMUNITY FIRST NATIONAL BANK                 DATE: 01/31/02   ACCOUNT:8245305544
142 EAST 200 SOUTH                                            DOCUMENTS:        6
SALT LAKE CITY UT 84111
TELEPHONE:801-531-3400
```

MANAGEMENT PLUS DEBTOR AND
PRIME SOURCE DEBTOR
HARRIET E STYLER TRUSTEE
456 FLAMING GORGE PINES
DUTCH JOHN UT  84023-9704

```
                                                              29-0
                                                                 0
                                                                 6
```

TRY PERSONAL BANKING AT WWW.COMMUNITYFIRST.COM OR CALL 1-800-233-9580.

BUSINESS CASHMANAGER ACCOUNT 8245305544

```
                                    LAST STATEMENT 12/31/01    15,650.50
AVG AVAILABLE BALANCE      7,165.32       CREDITS                    .00
                                    6 DEBITS               12,339.17
                                    THIS STATEMENT 01/31/02   3,311.33
```

```
- - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
    *01/02   5,316.64        *01/11   1,205.00          *01/18   4,013.27
    *01/03     629.48        *01/18     120.49           01/30   1,054.29
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

```
- - - - - - - - - DAILY BALANCE - - - - - - -
DATE...........BALANCE   DATE...........BALANCE   DATE...........BALANCE
01/02    10,333.86       01/11     8,499.38       01/30     3,311.33
01/03     9,704.38       01/18     4,365.62
```

Member FDIC